# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELISSA ANNE SLATER,<br><br>    Defendant. | Case No. 2:23-mj-00654-VCF-1<br><br>**Order** |

IT IS THEREFORE ORDERED the defendant having completed all conditions within the six month period, the unsupervised probation is hereby terminated.

This case is closed.

Dated this 17th day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3